ABRAM A. BARNES, APPELLANT, *v.* NATHAN JOHNSTON AND OTHERS, RESPONDENTS.

The like decision in all respects.

ROBERT DUNLOP, RESPONDENT, *v.* EGBERT I. AVERY, APPELLANT, IMPLEADED, ETC.

Case declined to be considered, and sent back for correction, because it does not contain the opinion of the referee, or an affidavit, etc., as required by Rule 41.

MAURICE LEYDEN, RESPONDENT, *v.* CHARLES A. DAVIS, APPELLANT.

Order affirmed, with $10 costs, and disbursements, on opinion at Special Term.

ALVAH KELLOGG, APPELLANT, *v.* JOHN S. CLARK AND OTHERS, ADMINISTRATORS, ETC., RESPONDENTS.

Motion to dismiss appeal denied, with $10 costs.

JACOB GINTHER, RESPONDENT, *v.* HENRY E. RICHMOND, APPELLANT.

Motion for leave to appeal to the Court of Appeals granted, on the ground that a question of law is involved, which ought to be reviewed by that court.

RUSSELL G. ARNOLD, ADMINISTRATOR, ETC., APPELLANT, *v.* PETER B. LADD AND ANOTHER, RESPONDENTS.

Motion to dismiss appeal granted, with $10 costs. *Held,* that as the proper time for the surrogate to adjudge whether a debt exists in a proceeding to sell real estate for payment of debts is after the return of the order to show cause, the order itself is in the nature of a citation to bring in the proper parties, and is not appealable.